# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| TRI QUOC DU, | : No. 152 MM 2014 |
| Petitioner | : |
| v. | : |
| PENNSYLVANIA BOARD OF LAW EXAMINERS, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

AND NOW, this 12th day of January, 2015, the Petition for Review is **DENIED**.